cil of Life Insurance for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–5677. CLARK *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 90–5772. PEOPLES *v.* ALABAMA. Ct. Crim. App. Ala.;

No. 90–5873. PETARY *v.* MISSOURI. Sup. Ct. Mo.; and

No. 90–5882. SMITH *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. Reported below: No. 90–5677, 50 Cal. 3d 583, 789 P. 2d 127; No. 90–5772, 565 So. 2d 1177; No. 90–5873, 790 S. W. 2d 243; No. 90–5882, 790 S. W. 2d 241.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–5577. SINDRAM *v.* WALLIN ET AL., *ante*, p. 944;

No. 90–5578. SINDRAM *v.* MCKENNA ET AL., *ante*, p. 944; and

No. 90–5699. SINDRAM *v.* MONTGOMERY COUNTY, MARYLAND, ET AL., *ante*, p. 948. Petitions for rehearing denied.

No. 89–1946. BERGMAN *v.* DEPARTMENT OF COMMERCE ET AL., *ante*, p. 820;

No. 89–2006. ROSCOE *v.* UNITED STATES ET AL., *ante*, p. 823;

No. 89–7477. ADAMS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 828;

No. 89–7617. BREWER *v.* OHIO, *ante*, p. 881;

No. 89–7669. MARTIN *v.* UNITED STATES DEPARTMENT OF EDUCATION ET AL., *ante*, p. 835;

No. 89–7699. MCCOLPIN *v.* OWENS, *ante*, p. 836;

No. 89–7700. MARTIN *v.* FARNAN, *ante*, p. 836;

No. 89–7733. CONLEY *v.* JOHNSON, *ante*, p. 837;

No. 89–7746. SKEETER *v.* CITY OF NORFOLK ET AL., *ante*, p. 838;

No. 89–7747. SNELL *v.* CITY AND COUNTY OF DENVER ET AL., *ante*, p. 838;

No. 89–7817. MARTIN *v.* FARNAN, *ante*, p. 841;

No. 89–7847. SINDRAM *v.* N. RICHARD KIMMEL PROPERTIES ET AL., *ante*, p. 843;